UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EDWARD COLEN,

               Plaintiff,          Civil Action No.: 14-12948
                                      Honorable Paul D. Borman
v.                            Magistrate Judge Elizabeth A. Stafford

CORIZON HEALTH, INC. *et al.*,

               Defendant.

_____/

## ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' AFFIRMATIVE DEFENSES [43]

On March 5, 2015, Colen filed a response to Defendants Alford, Corizon, Jindal, Prasad and Suclhir's affirmative defenses to his amended complaint. [43]. However, under the Federal Rules of Civil Procedure, a response to an answer is "allowed" only "if the court orders one." Fed. R. Civ. P. 7(a)(7). The Court did not order Colen to respond to Defendants' affirmative defenses, so his response [43] is hereby **STRICKEN**.[1]

**IT IS SO ORDERED.**

_____

[1] Colen should be aware that Defendants' inclusion of a defense under Fed. R. Civ. P. 12(b)(6) is not the same as making a motion to dismiss under that rule, and thus the Court's striking of the instant response does not prevent Colen from making these same arguments against dismissal in the event Defendants were to actually move to dismiss his complaint under that Rule.

Dated: March 10, 2015      s/Elizabeth A. Stafford
Detroit, Michigan         ELIZABETH A. STAFFORD
                    United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 10, 2015.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager