UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EDWARD COLEN,
        Plaintiff,        Civil Action No.: 14-12948
                                    Honorable Paul D. Borman
v.                              Magistrate Judge Elizabeth A. Stafford

CORIZON MEDICAL SERVICES,
*et al.*,

        Defendants.
_____/

## ORDER REQUIRING ADDRESS

On December 10, 2014, the District Court permitted plaintiff James Colen, a prisoner proceeding *pro se*, to amend his complaint to allege claims against certain previously dismissed and certain new defendants, including Aetna. [R. 14]. The Order further directed that these defendants be served with the amended complaint. [*Id.*, PgID 235]. On July 23, 2015, a waiver of service was returned unexecuted for Aetna, who appears to have been served at the address for an Michigan Department of Corrections facility [R. 56]. As such,

**IT IS HEREBY ORDERED** that plaintiff provide a correct address for Aetna by September 2, 2015. Failure to do so could result in dismissal of Aetna as a defendant under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 13, 2015          s/Elizabeth A. Stafford
Detroit, Michigan               ELIZABETH A. STAFFORD
                                United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 13, 2015.

                                s/Marlena Williams
                                MARLENA WILLIAMS
                                Case Manager