UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EDWARD COLEN,

    Plaintiff,

                                        Case No. 14-cv-12948

v.                                          Paul D. Borman
                                         United States District Judge

ARLENE ROGERS, DEBORAH
ELLENWOOD, KIMBERLY KORTE,       Elizabeth A. Stafford
and MARY VELARDE,                 United States Magistrate Judge

    Defendants.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE ELIZABETH STAFFORD'S FEBRUARY 5, 2019 REPORT AND RECOMMENDATION TO DISMISS *SUA SPONTE* DEFENDANTS AETNA AND VICTOR KACZMER (ECF NO. 121) AND (2) DISMISSING DEFENDANTS AETNA AND KACZMER

On February 5, 2019, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to *sua sponte* dismiss Defendants Aetna and Victor Kaczmer for failure to prosecute. (ECF No. 121, Report and Recommendation.) The Court having reviewed the Report and Recommendation, and there being no timely objections filed with the Court under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), **ADOPTS** the Report and Recommendation and **DISMISSES** Defendants Aetna and Victor Kaczmer for failure to prosecute.

1

IT IS SO ORDERED.

                                              s/Paul D. Borman  
                                              PAUL D. BORMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated: March 1, 2019